THE STAMFORD TRANSIT COMPANY *vs.* J. H. SULLIVAN.

Third Judicial District.

Argued June 7th—decided October 6th, 1922.

ACTION to recover the reasonable worth or value of services rendered in transporting the defendant's workmen to and from their work, brought to and tried by the Court of Common Pleas in Fairfield County, *Walsh, J.;* facts found and judgment rendered for the plaintiff for $544, from which it appealed. *No error.*

*Raymond Hackett,* for the appellant (plaintiff).

*Frederick W. Huxford,* for the appellee (defendant).

PER CURIAM. None of the assignments of error based upon the findings, and the conclusions reached based upon these findings as made, can be sustained, since we cannot hold that the trial court could not, upon the evidence, have reasonably made these findings and reached these conclusions. This result arrived at, the three additional claims of law do not arise nor call for consideration.

There is no error.